**In the Interest of E.M., a Female Juvenile, E.M., a Male Juvenile, A.M., a Female Juvenile.**

Nos. 68576–67578.

Missouri Court of Appeals, Eastern District, Division One.

Oct. 15, 1996.

Daniel E. Nack, St. Charles, for Appellant.

John J. Smith, Larry Dale Smith, Guardian ad Litem, St. Charles, for Respondents.

Before DOWD, P.J. and REINHARD and GARY M. GAERTNER, JJ.

*ORDER*

PER CURIAM.

Father of E.M., a male born June 22, 1979, A.M., a female born December 29, 1980, and E.M., a female born June 13, 1983, appeals the trial court's judgment terminating his parental rights. We affirm. The judgment of the juvenile court is supported by substantial evidence and is not against the weight of the evidence; no error of law appears. An extended opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order affirming the judgment pursuant to Rule 84.16(b).

1. Defendant also appeals the denial of his Rule 29.15 motion for post-conviction relief but has not briefed any errors in that ruling. That appeal is therefore deemed abandoned.